IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS D'LAMATTER,

                                          JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                          15-cv-221-bbc

v.

REED RICHARDSON, MS. H. BROWN,
MS. SIMMON, MS. WEBSTER,
MS. WEBSTER and MARK HEISE,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed against defendants Reed Richardson, H. Brown, Simmon, Webster (program director), Webster (program provider) and Mark Heise and dismissing this case for failure to state a claim upon which relief may be granted.

| /s/ | 6/16/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |